452 A.2d 56

Commonwealth v. Matthews, Appellant.

Submitted June 23, 1982.
Thomas Bruno, II, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Order affirmed.